IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-3123-RBJ

SENDY MATA, individually and as next friend of M.E. and F.E., minors; and
EVELYN ELIZALDE, individually,

    Plaintiff,

v.

BRANDON SAUNDERS, Lakewood Police Officer, in his individual capacity; and
SPIRIT HALLOWEEN SUPERSTORES, LLC,

    Defendant.

**ORDER DISMISSING DEFENDANT BRANDON SAUNDERS, WITH PREJUDICE**

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss Defendant BRANDON SAUNDERS, with Prejudice (Doc. 68), having reviewed the file, and being fully advised,

DOES HEREBY ORDER that the motion is GRANTED. Defendant BRANDON SAUNDERS is dismissed, with prejudice, each party to bear his/its own costs and fees.

Done this 3rd day of November, 2021.

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge